IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN RIVERA | : | CIVIL ACTION |
| v. | : | No. 19-877 |
| BAYVIEW LOAN SERVICING, et al. | : | |

## **ORDER**

AND NOW, this 30th day of March, 2020, upon consideration of Defendants Bayview Loan Servicing and Metropolitan Life Insurance Co.'s Motion to Dismiss the Amended Complaint, Plaintiff Evelyn Rivera's opposition, Defendants' reply, and the parties presentations at the July 31, 2019, oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, the Motion (Document 12) is GRANTED in part and DENIED in part as follows:

1. The Motion is GRANTED as to Rivera's claim against Metropolitan Life. Rivera's claim against Metropolitan Life in Count III of the Amended Complaint is DISMISSED with prejudice.

2. The balance of the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.